IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS A. BABIN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STANTEC, INC., STANTEC CONSULTING | : | NO. 09-1160 |
| SERVICES, INC., and STANTEC | : | |
| CONSULTING, LTD., | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 25th day of August, 2010, upon consideration of Plaintiff's Supplemental Motion (1) For Conditional Certification of Collective Class; (2) For Authorization to Serve Court-Supervised Notice of Suit Upon All Potential Collective Class Members; and (3) To Compel Defendants to Provide the Names, Last Known Addresses and Phone Numbers of All Potential Class Members (Document No. 39, filed April 21, 2010); Plaintiff's Brief in Support of Motion (Document No. 40, filed April 21, 2010); Defendants' Memorandum of Law in Opposition to Plaintiff's Supplemental Motion for Conditional Certification of a Collective Action (Document Nos. 43-48, filed May 5, 2010); Plaintiff's Reply Brief in Support of Supplemental Motion for Conditional Certification (Document No. 50, filed May 17, 2010); Defendants' Sur-Reply Memorandum of Law in Opposition to Plaintiff's Supplemental Motion for Conditional Certification of a Collective Action (Document No. 21, filed June 9, 2010); Defendants' Notice of Motion to Strike and Memorandum of Law in Support of Their Motion to Strike Plaintiff's Expert Declarations Submitted in Support of His Supplemental Motion for Conditional Certification (Document No. 42, filed May 5, 2010); and Plaintiff's Brief in Opposition to Defendants' Motion to Strike Expert Declarations (Document

No. 49, filed May 17, 2009), for the reasons set forth in the Memorandum dated August 25, 2010, **IT IS ORDERED** that Plaintiff's Supplemental Motion for Conditional Certification is **DENIED** and Defendants' Motion to Strike Expert Declarations is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Court will conduct a Scheduling Conference in due course.

**BY THE COURT:**

　　　　/s/ Hon. Jan E. DuBois　　　　

**JAN E. DUBOIS, J.**